**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| TERRY P. HYSER, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 1:06-cv-591-DFH-VSS |
| | ) | |
| JOHN R. VANNATTA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| TERRY P. HYSER, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 1:06-cv-593-DFH-WTL |
| | ) | |
| JOHN R. VANNATTA, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Transferring Actions to Northern District of Indiana**

These actions are before the court on the petitions of Terry P. Hyser for a writ of habeas corpus.

Whereupon the court, having read and examined such petitions, and being duly advised, now finds that the petitioner is confined at a facility in the Northern District of Indiana, that in this action he attacks prison disciplinary proceedings in which he suffered the loss of earned good time, and that the disciplinary proceedings took place at the same prison (in the Northern District of Indiana).

Pursuant to 28 U.S.C. § 2241(d), the proper venue for these actions is the Northern District of Indiana. When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice." 28 U.S.C. § 1406(a). In this case, transfer of the cases to the District with proper venue is the course which will be taken.

**IT IS THEREFORE ORDERED THAT THE ABOVE ACTIONS ARE TRANSFERRED** to the United States District Court for the Northern District of Indiana at South Bend, Indiana.

So ordered.

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Date: _____April 18, 2006_____

Distribution:

Terry P. Hyser
DOC #953118
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN 46914